No. 89–401. WECHT, PRESIDENT OF THE ALLEGHENY COUNTY BOARD OF PRISON INSPECTORS, ET AL. *v.* INMATES OF THE ALLEGHENY COUNTY JAIL ET AL., *ante*, p. 948. Motion of respondents to retax costs granted.

No. 89–753. ANGELONE, DIRECTOR, NEVADA DEPARTMENT OF PRISONS, ET AL. *v.* DEUTSCHER. C. A. 9th Cir. Motion of respondent for leave to proceed *in forma pauperis* granted.

No. 89–6175. IN RE BROWN. Petition for writ of habeas corpus denied.

No. 88–2109. KANSAS ET AL. *v.* KANSAS POWER & LIGHT CO. ET AL. C. A. 10th Cir. Certiorari granted.

No. 89–260. IDAHO *v.* WRIGHT. Sup. Ct. Idaho. Certiorari granted.

No. 89–530. PORTLAND GOLF CLUB *v.* COMMISSIONER OF INTERNAL REVENUE. C. A. 9th Cir. Certiorari granted.

No. 89–624. MAISLIN INDUSTRIES, U. S., INC., ET AL. *v.* PRIMARY STEEL, INC., ET AL. C. A. 8th Cir. Certiorari granted.